UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEC US 1 LLC, *et al.*,**<br><br>          Plaintiffs,<br><br>     v.<br><br>**FRONTIER RENEWABLES, LLC,**<br><br>          Defendant.<br><br>**FRONTIER RENEWABLES, LLC,**<br><br>          Counterclaim Plaintiff,<br><br>     v.<br><br>**ACTIVE SOLAR GMBH, *et al.*,**<br><br>          Counterclaim Defendants. | Case No.: 16-cv-1276 YGR<br><br><br><br>**ORDER TO SHOW CAUSE RE: DIVERSITY OF CITIZENSHIP** |

TO THE PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs GEC US 1 LLC, *et al.* (collectively, "Plaintiffs") and counterclaim plaintiff Frontier Renewables, LLC ("Counterclaim Plaintiff") are hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for want of subject matter jurisdiction.

Plaintiffs filed this action on March 15, 2016 and Counterclaim Plaintiff filed its counterclaims, impleading third-party defendants (collectively, "Counterclaim Defendants"), on March 25, 2016. (Dkt. Nos. 1, 25.) Plaintiffs' and Counterclaim Plaintiff's sole stated basis for subject matter jurisdiction was diversity jurisdiction. (*Id.*) Specifically, they alleged that the amount in controversy in this matter exceeded $75,000 and that there was complete diversity of citizenship among the parties pursuant to 28 U.S.C. § 1332. (*Id.*) For purposes of this Order, the Court accepts the parties' allegations with respect to the amount in controversy. This Order to Show Cause issues

because Plaintiffs and Counterclaim Plaintiff have not made an adequate showing with respect to diversity.

A diversity case may only be brought pursuant to § 1332 "if there is complete diversity between all plaintiffs and all defendants." *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 82 (2005). In this case, plaintiffs GEC US 1 LLC, AS (Wright) LLC, and Counterclaim Plaintiff are all LLCs, that is, limited liability corporations. "[A]n LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Accordingly, to establish diversity, Plaintiffs must specify the citizenship of every state of which their owners or members are citizens, and establish that the citizenship of Plaintiffs is completely diverse from the citizenship of Counterclaim Plaintiff. Similarly, Counterclaim Plaintiff must specify the citizenship of every state of which its owners or members are citizens, and establish that Counterclaim Plaintiff's citizenship is completely diverse from the citizenship of all Counterclaim Defendants.

Here, Plaintiffs and Counterclaim Plaintiff have not carried their burden. Rather, Plaintiffs have specified only the state under whose laws GEC US 1 LLC was formed and Counterclaim Plaintiff's principal place of business. (Dkt. No. 1 ¶¶ 3, 6.) Those facts are responsive to the test for citizenship for a corporation, *see* 28 U.S.C. § 1332(c)(1), but for diversity purposes, LLCs are treated like partnerships, not corporations, *Johnson*, 437 F.3d at 899. "[D]espite the functional similarity between limited partnerships and corporations, a limited partnership's citizenship for diversity purposes can be determined only by reference to all of the entity's members." *Kuntz v. Lamar Corp.*, 385 F.3d 1177, 1182 (9th Cir. 2004) (citing *Carden v. Arkoma Associates*, 494 U.S. 185, 195-96 (1990)). The same holds true for an LLC. *Johnson*, 437 F.3d at 899. Accordingly, Plaintiffs GEC US 1 LLC and AS (Wright) LLC must specify the citizenship of each of their members to demonstrate they satisfy the requirement of complete diversity from Counterclaim Plaintiff.[1] Likewise, Counterclaim Plaintiff must specify the citizenship of each of its members and the

---

[1] By contrast, with respect to plaintiff Activ Solar Holdings (US) Inc., Plaintiffs must specify its state of incorporation and its principal place of business. *See* 28 U.S.C. § 1332(c)(1).

citizenship of each of the Counterclaim Defendants to demonstrate it satisfies the requirement of complete diversity with respect to its counterclaims.

No later than **Monday April 25, 2016**, Plaintiffs and Counterclaim Plaintiff must each file a written response to this Order to Show Cause. Their responses shall set forth the bases for their assertions of complete diversity of citizenship from all adverse parties, and shall include declarations or affidavits supporting any statements of fact, consistent with Civil Local Rule 7-5.

The Court **SETS** an Order to Show Cause hearing on **Friday, April 29, 2016** at **9:01 a.m.** in the Federal Courthouse located at 1301 Clay Street in Oakland, California, Courtroom 1. If Plaintiffs and Counterclaim Plaintiff have timely filed their responses, the hearing shall be taken off calendar and no appearance shall be required. Failure to file a response timely may result in sanctions and dismissal for failure to make a jurisdictional showing.

**IT IS SO ORDERED.**

Dated: April 18, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**