UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**GEC US 1 LLC, *et al.*,**

    Plaintiffs,

    v.

**FRONTIER RENEWABLES, LLC,**

    Defendant.

---

**FRONTIER RENEWABLES, LLC,**

    Counterclaim Plaintiff,

    v.

**ACTIVE SOLAR GMBH, *et al.*,**

    Counterclaim Defendants.

Case No.: 16-cv-01276 YGR

**ORDER SETTING COMPLIANCE HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding selection of a private mediator shall be held on **Friday, July 15, 2016** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

No later than July 8, 2016, the parties shall file either: (a) a JOINT STATEMENT informing the Court of the name of the private mediator with whom the parties have scheduled mediation to be completed no later than October 31, 2016; or (b) a JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing shall be taken off calendar.

Telephonic appearances may be allowed only if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: June 20, 2016

                                                   **YVONNE GONZALEZ ROGERS**
                                             **UNITED STATES DISTRICT COURT JUDGE**