UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **GEC US 1 LLC, *et al.*,** | Case No.: 16-cv-01276 YGR |
| Plaintiffs, | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| **FRONTIER RENEWABLES, LLC,** | |
| Defendant. | |
| **FRONTIER RENEWABLES, LLC,** | |
| Counterclaim Plaintiff, | |
| v. | |
| **ACTIVE SOLAR GMBH, *et al.*,** | |
| Counterclaim Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, January 23, 2017 at 2:00 p.m. |
| REFERRED TO ADR TO BE COMPLETED BY: | October 31, 2016 |
| STIPULATION OF WAIVER OF ARBITRATION AND WAIVER OF JURY TRIAL TO BE FILED BY: | June 21, 2016 |
| COMPLIANCE HEARING RE: SELECTION OF PRIVATE MEDIATOR: | Friday, July 15, 2016 at 9:01 a.m. |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Plaintiffs: June 21, 2016[1] |
| | Counterclaim Plaintiff(s): July 8, 2016[2] |

---

[1] Plaintiffs' motion for leave to file a first amended complaint (Dkt. No. 67) is **GRANTED**. In light of the Court's ruling and the schedule as set forth herein, the parties' stipulation to continue the hearing on plaintiffs' motion for leave to file a first amended complaint (Dkt. No. 69) is **DENIED AS MOOT**.

[2] Counterclaim plaintiff(s) shall file either an amended countercomplaint or a notice of non-amendment on this date. The hearing on counterclaim defendants' motions to dismiss currently pending (Dkt. Nos. 45, 53-55) is hereby **CONTINUED** to August 30, 2016.

| | |
|---|---|
| DEFENDANTS' MOTION TO DISMISS TO BE FILED BY: | July 8, 2016 (Opposition 7/22; Reply 7/29) |
| COUNTERCLAIM DEFENDANTS' MOTIONS TO DISMISS TO BE FILED BY: | July 22, 2016 (Opposition 8/5; Reply 8/12)[3] |
| HEARING ON MOTIONS TO DISMISS: | August 30, 2016 at 2:00 p.m. |
| NON-EXPERT DISCOVERY CUTOFF: | January 31, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: March 31, 2017<br>Rebuttal: April 14, 2017 |
| DISPOSITIVE MOTIONS[4] TO BE HEARD BY: | April 4, 2017 (filed by February 28, 2017) |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, May 26, 2017 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 12, 2017 |
| PRETRIAL CONFERENCE: | Friday, June 9, 2017 at 9:00 a.m. |
| TRIAL DATE: | Monday, June 26, 2017 at 8:30 a.m.<br>(Bench Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, May 26, 2017 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

---

[3] Should counterclaim plaintiff(s) file a notice of non-amendment (*see* note 2, *supra*) then counterclaim defendants' motions to dismiss currently pending (Dkt. Nos. 45, 53-55) shall remain operative.

[4] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

This Order terminates Docket Numbers 67, 69.

**IT IS SO ORDERED.**

Dated: June 21, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge