UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEC US 1 LLC,** *et al.***,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**FRONTIER RENEWABLES, LLC,** *et al.***,**<br><br>    Defendants.<br><br>**FRONTIER RENEWABLES, LLC,**<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>**ACTIV SOLAR GMBH,** *et al.***,**<br><br>    Counterclaim Defendants. | Case No.: 16-cv-1276 YGR<br><br>**ORDER RE: ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 94, 102 |

In a separate order concurrently filed, the Court resolves plaintiffs' motion to enforce compliance with a prior order. In connection with that motion, plaintiffs filed two administrative motions to seal, pursuant to this Court's Civil Local Rule 79-5. (Dkt. Nos. 94, 102.) This Order resolves the administrative motions to seal.

The public holds a presumptive right of access to public records, including pretrial filings in civil cases. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006); *In re Midland Nat. Life Ins. Co. Annuity Sales Practices Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012). In the context of information proffered in support of dispositive motions or at trial, only a continuing, compelling reason will justify sealing the information or keeping it under seal. *See In re Midland*, 686 F.3d at 1119. However, "the usual presumption of the public's right to access does not apply to non-dispositive motions with the same strength it applies to dispositive motions." *Dugan v. Lloyds TSB Bank, PLC*, 2013 WL 1435223, at *1 (N.D. Cal. Apr. 9, 2013) (citing *In re Midland,* 686 F.3d at 1119). In the context of non-dispositive motions, the party seeking to place and keep information under seal need only make a showing of good cause. *See id.* at *1–2. "There

may be 'good cause' to seal records that are privileged, contain trade secrets, contain confidential research, development or commercial information, or if disclosure of the information might harm a litigant's competitive standing." *Id*. at *2.

The Court concludes that plaintiffs' sealing requests are appropriate and narrowly tailored. Accordingly, the motions are **GRANTED**.

This Order terminates Docket Numbers 94, 102.

**IT IS SO ORDERED**.

Date:  September 7, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**