UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEC US 1 LLC, *et al.*,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**FRONTIER RENEWABLES, LLC, *et al.*,**<br><br>　　　　Defendants.<br><br>**FRONTIER RENEWABLES, LLC,**<br><br>　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>**ACTIV SOLAR GMBH, *et al.*,**<br><br>　　　　Counterclaim Defendants. | Case No.: 16-cv-1276 YGR<br><br>**ORDER GRANTING MOTION RE: INCORRECTLY FILED DOCUMENT**<br><br>Re: Dkt. No. 132 |

　　　Defendant and Counterclaim Plaintiff Frontier Renewables LLC ("Frontier") has filed its Motion to Remove Incorrectly Filed Documents (Dkt. No. 132), specifically exhibits attached to the Declaration of Balduin Hesse in support of Frontier's Opposition to Counterclaim Defendants' Joint Motion to Dismiss Frontier's Second Amended Counterclaims (Dkt. Nos. 130-7, 130-8, and 130-9). Counterclaim Defendants consent to removal of these documents and substitution of the documents with redacted versions.

　　　Based upon Frontier's showing, Counterclaim Defendants' consent, and good cause having been shown for the redaction of confidential financial information in the documents at issue, the Motion is **GRANTED** as follows:

　　　The Clerk is directed to permanently lock Docket Entries 130-7, 130-8, and 130-9 in the ECF System for the Northern District of California. Frontier shall file on the public docket the redacted version of Dkt. Nos. 130-7, 130-8, and 130-9, and the appropriate motion to seal. If not

1 relevant, a notice of withdrawal of the exhibits shall be filed.  Said filing shall occur within five
2 business days of this order.

      This terminates Docket No. 132.

      **IT IS SO ORDERED**.

Date: October 26, 2016

                                      **YVONNE GONZALEZ ROGERS**
                                      **UNITED STATES DISTRICT COURT JUDGE**

Case 4:16-cv-01276-YGR   Document 134   Filed 10/26/16   Page 2 of 2